UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIJON MALIK BOYD,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>SDCC, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:22-cv-01070-RFB-EJY<br><br>Order Directing Petitioner to Pay Filing Fee or Submit Application to Proceed <u>In Forma Pauperis</u> |

　　　Dijon Malik Boyd has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed <u>in forma pauperis</u> with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

　　　This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court retain the petition but not file it at this time.

DATED: 26 January 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE