UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIJON MALIK BOYD,<br><br>        Petitioner,<br>    v.<br>SDCC, et al.,<br><br>        Respondents. | Case No. 2:22-cv-01070-RFB-EJY<br><br>Order Dismissing Petition without Prejudice |

Dijon Malik Boyd has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. ECF No. 1-1. He did not, however, either pay the $5.00 filing fee or submit a completed application to proceed in forma pauperis with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. The court directed Boyd to either pay the fee or file the completed application to proceed in forma pauperis. ECF No. 3. That order was served on Boyd at his address of record. See id. More than the allotted time has passed, and Boyd has not complied with the order or contacted the court in any manner. Accordingly, this action is dismissed without prejudice as improperly commenced.

///

///

///

1

| | |
|---|---|
| 1 | |
| 2 | **IT IS THEREFORE ORDERED** that the Clerk of Court detach and file the petition (ECF No. 1-1). |

     **IT IS THEREFORE ORDERED** that the Clerk of Court detach and file the petition (ECF No. 1-1).

     **IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice as set forth in this order.

     **IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

     **IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: February 21, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**